1545

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 13-316 |
| v. | |
| RICHARD DEANGELO HITCHCOCK | (18 U.S.C. § 922(g)(1) and (9) and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii)) |

INDICTMENT

COUNT ONE

The grand jury charges:

On or about August 21, 2013, in the Western District of Pennsylvania, the defendant, RICHARD DEANGELO HITCHCOCK, after having been convicted of the following crime: that on or about September 26, 1996, in the 3rd Circuit Court of Michigan (Wayne County), of the crime of Manslaughter (Michigan Penal Code Section 750.321), which is a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one Miroku, Model Liberty Chief, revolver, .38 caliber, bearing serial number 7610.

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

The grand jury further charges:

On or about August 21, 2013, in the Western District of Pennsylvania, the defendant, RICHARD DEANGELO HITCHCOCK, after having been convicted of the following crime: that on or about January 12, 2005, in the 23rd District Court of Michigan, of the crime of Domestic Violence (Michigan Penal Code Section 750.81(2)), which is a misdemeanor crime of domestic violence, did knowingly possess in and affecting interstate commerce a firearm, that is, one Miroku, Model Liberty Chief, revolver, .38 caliber, bearing serial number 7610.

In violation of Title 18, United States Code, Section 922(g)(9).

## COUNT THREE

The grand jury further charges:

On or about August 21, 2013, in the Western District of Pennsylvania, the defendant, RICHARD DEANGELO HITCHCOCK, did knowingly, intentionally and unlawfully possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, in the form commonly known as crack, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

FORFEITURE ALLEGATION

1.  The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One and Two of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  As a result of the commission of the violation of Title 18, United States Code, Sections 922(g)(1), as charged in Count One of this Indictment, and a violation of Title 18, United States Code, Section 922(g)(9), as charged in Count Two of this Indictment, the following firearm, which was involved in the commission of those offenses, is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1): one Miroku, Model Liberty Chief, revolver, .38 caliber, bearing serial number 7610.

3.  If, through any act or omission by the defendant, RICHARD DEANGELO HITCHCOCK, the property described in paragraph 2 above (hereinafter the "Subject Property"):

    a.  Cannot be located upon the exercise of due diligence;
    b.  Has been transferred, sold to, or deposited with a third person;
    c.  Has been placed beyond the jurisdiction of the Court;
    d.  Has been substantially diminished in value; or

      e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant, RICHARD DEANGELO HITCHCOCK, up to the value of the Subject Property forfeitable above pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

      A True Bill,

      _____
      FOREPERSON

_____
DAVID J. HICKTON
UNITED STATES ATTORNEY
PA ID No. 34524